IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01985-LTB-KLM

TRACY DEMEZA,

    Plaintiff,

v.

LHR, INC., a New York corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave for Plaintiff's Counsel to Appear at Scheduling Conference by Telephone** [Docket No. 8; Filed January 7, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time set for the Scheduling Conference, counsel for Plaintiff shall contact Chambers at **(303) 335-2770** to participate.

Dated: January 8, 2009