IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01985-LTB-KLM

TRACY DEMEZA,

       Plaintiff,

v.

LHR, INC., a New York corporation,

       Defendant.

___

**ORDER OF DISMISSAL**

___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 15 - filed March 3, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED: March 4, 2009